UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| STANLEY PACE, an individual,<br><br>                    Plaintiff,<br>    v.<br><br>JOS DANIEL, an individual,<br><br>                    Defendant. | CASE NO. 2:20-cv-01455-TL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on its own motion upon review of the record.

On February 3, 2022, the Court issued a Minute Order directing the Parties to file a joint status report within seven days of the order with: (1) a discussion of the prospects for a settlement, if any; (2) an overview of any anticipated issues for trial; (3) a current estimate of the number of days required for trial; and (4) the dates on which trial counsel may have conflicts or other complications to be considered in setting a trial date this year. Dkt. No. 23. On February 10, 2022, Plaintiff filed a status report stating he had prepared and shared a joint status report with Defendant for comment but Defendant had not responded. Dkt. No. 24. To date, Defendant has not filed any response to the Court's February 3rd minute order.

ORDER TO SHOW CAUSE - 1

When no motions in limine were filed by the deadline on March 31, 2022, the Court's staff emailed the Parties on June 3, 2022 requesting an update as to the status of the case. Plaintiff's counsel responded stating he remains ready for trial on July 5, 2022. As of the filing of this order, Defendant has not responded to the Court's request.

The Court cautions Defendant to review the February 18, 2022 Order Resetting Bench Trial Date and Related Dates for upcoming deadlines with which Defendant is expected to comply. Dkt. No. 25. This includes a pretrial conference set for June 28, 2022, which is currently set to be held in person; however, the Court will entertain a motion to hold that conference via Zoom. The case is set for a one-day bench trial on July 5, 2022.

Federal Rule of Civil Procedure 16(f)(1)(C) provides that the Court, upon motion by a party or on its own, may issue "any just orders . . . if a party . . . fails to obey a scheduling or other pretrial order." The Court cautions that a failure to respond to court orders may result in sanctions up to and including the dismissal of counterclaims for a failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Further, a failure to defend may result in a default judgment pursuant to Federal Rule of Civil Procedure 55.

Therefore, it is hereby:

ORDERED that, not later than **seven (7) days** (*i.e.*, June 15, 2022) from the date of this Order, Defendant shall show cause in writing, if any they have, why the Court should not impose sanctions for failure to comply with the Court's February 3rd minute order.

The Clerk is DIRECTED to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known e-mail and physical address.

Dated this 8th day of June 2022.

Tana Lin
United States District Judge

ORDER TO SHOW CAUSE - 2