## TAKE DUE PROCESS NOTICE:

RE: STANLEY PACE vs. JOS DANIEL (INDIVIDUALS / corporations)

Case No: 2:20-cv-01455-TL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
Tana Lin - doing business as: [judge] arbitrator; Clerk of the Court, Ravi Subramanian

**Maxim**: Equity will not suffer a statute to be used as a cloak for fraud. For example, in the US, the Hague Securities Convention; has been granted the status of a statute of the United States, which authorizes it to preempt the choice-of-law rules in the United States Uniform Commercial Code (UCC).

I, : Jos: Daniel©, am a Pennsylvanian, and I herein invoke my constitutional due process rights and guarantees.

Pursuant to 26 CFR § 601.106(f)(1); Rule I: An exaction by the US Government, which is not based upon law, statutory or otherwise, is a taking of property without due process of law, in violation of the Fifth Amendment to the U.S. Constitution.

According to the U.S. Constitution:

> No person shall ... be deprived of life, liberty, or property, without due process of law ... —*Due Process Clause of the Fifth Amendment (1791),* and pertaining to U.S. citizens, No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States, ... —*Privileges or Immunities Clause of the Fourteenth Amendment*.

As I previously informed this tribunal, I am NOT the receiver of process for the decedent JOS DANIEL and I do not consent to be conscripted into a State of Washington lawsuit, which jurisdiction is foreign to me. Further, I am not authorized to address this legal matter on behalf of the United States, Pennsylvania nor Utah. See enclosed copy of IRS Form 8822 mailing receipt.

**It is a clearly documented fact is that the 'original' Trademark of 'Celluvation' pre-dates any claim being made by decedent STANLEY PACE, an INDIVIDUAL registered to do business in TEXAS/Texas.**

> Jos Daniel registered the trademark for the first time on April 13, 2007, Serial Number 77156651. Also, Jos Daniel was the first person to ever use the word CELLUVATION.

> Jos Daniel was the first one to ever register the domain name celluvation.com on April 9th, 2007 at 6:30 AM.

> Celluvation as a company was registered as a legitimate business with the Pennsylvania Secretary of State on May 15th, 2007.

> Celluvation was also registered with the Nevada Secretary of State on January 22nd, 2008. This is three years prior to STANLEY PACE's claim of not finding anything prior to 2011.

In Title 28 3002(15)(A)(B)(C), of the United States private copyrighted codes, it states unequivocally that the UNITED STATES is also the name of a corporation. Please immediately remove my private information from your private database(s). I am not obligated to follow any foreign law in any foreign jurisdiction, and I do not consent to be a party to any scheme to defraud the American people nor the U.S. Government.

**TAKE DUE PROCESS NOTICE:**

*Ex post facto* laws are expressly forbidden by the United States Constitution in Article 1, Section 9, Clause 3 with respect to U.S. federal laws and Article 1, Section 10 with respect to U.S. state laws.

The UN Corp Conventions (Private Foreign Laws) cannot supersede the due process clause(s) of the U.S. Constitution.

The United States of America (U.S.A. or USA) commonly known as the United States (U.S. or US) or simply America (as a figure of speech) is a nation-state (country) located in North America. It consists of 50 (corporate) states, a federal district (Washington D.C.), five (5) major unincorporated territories, 326 Indian reservations, and nine (9) minor outlying islands.

It is also the designation of a UN Corp., member state, doing business as: Organization of American States (OAS), with an admission date of 24 October 1945.

**The service of process for the party served, and as annotated on the referenced notice, cannot be accepted for the intended INDIVIDUAL for the below listed reason(s):**

The co-mingling of jurisdictions, as is being practiced by UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON, via the use of *idem sonnans*, is clearly intended to confuse the general Public. : Jos: Daniel (a natural man) is NOT JOS DANIEL (an INDIVIDUAL/Corporation).

JOS DANIEL, is registered with the STATE OF PENNSYLVANIA/State of Pennsylvania, and as you are (or should be) aware, anytime you "register" anything, you are at least temporarily, giving up your ownership interest in it. Therefore, this matter must be addressed with the appropriate STATE/State agency. My role, *nunc pro tunc*, was limited to that of receiver/acceptor of process and or registered / authorized representative.

In other words, JOS DANIEL is an obligation of the United States, and obligations of the United States are exempt from taxation by a state, and all court matters are tax matters.

The corporate decedent, JOS DANIEL, was repatriated back to the United States Department of the Treasury and administrative notice was sent on 02/18/2021, via IRS Form 8822, to the Pennsylvania State Regional Office, Department of the Treasury Internal Revenue Ogden, UT 84201-0023, and the master file was procedurally updated. *Copy of the certified mail receipts enclosed.*

The repatriation of the decedent JOS DANIEL, created an 'estoppel' against all presumptions of federal citizenship, as well as, terminated any licensing agreements by any UN member state, including Washington, Pennsylvania and Utah. Therefore, any further violations of my privacy and or infringement on my tradename, trademark and or copyright, will render each trespasser, personally liable.

Pursuant to article one section ten - Powers prohibited of States. No State shall enter into any Treaty (including sister-state treaties), Alliance, or Confederation; grant Letters of Marque and Reprisal (license); coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility, such as esquire.

The District of Columbia ("The District), or Bogotá DC, Columbia is NOT a state of the union. Therefore, any codes, rules or regulations it promulgates are without any legal or lawful force and effect, without its legal (area) jurisdiction. The states of Washington, Utah and Pennsylvania do NOT have any usufruct authority, NONE; and any UN member state agreements and or conventions do not apply. This civil matter is invalid and unenforceable, for lack of jurisdiction.

The UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON, has NO 'charter' and NO 'seal'. The court and it's employees, doing business as; [judge] arbitrator, attorney (court

officer) etc., are deriving their legal authority from the UN Corp., via its conventions and the UN Corp conventions are not enforceable within the continental United States of America.

Pursuant to 28 U.S.C. § 1332, this forum/tribunal is not authorized to "hear" federal questions subject matters. Federal trial circuit courts were given diversity jurisdiction in the Judiciary Act of 1789. In the law of the United States, diversity jurisdiction is a form of subject-matter jurisdiction that gives U.S. federal courts the power to hear lawsuits **that do not involve a federal question**. I have no contractual agreement(s) with any "UN member state" and or "non-state" actors and I do not consent to be a party to this legal matter.

In the United States, all federal courts are courts of limited jurisdiction. It is the fiduciary responsibility of the clerk of the court to assign a complaint into its proper jurisdiction. There is a distinction between the: **United States District Court**" designated by 26 U.S.C. § 7323, a territorial or insular possession court, and the "**district court of the United States**" designated by 26 U.S.C. § 7402; an Article III court of the United States.

No private foreign entity, uniform model acts and or (by)laws deemed treaties, can grant anyone an authority that the drafter(s) of the act(s), do not themselves possess. Statutory law is consent based law, therefore, all statutes need my consent to be enforced.

**Organization of American States** (OAS) that was chartered April 30, 1948, and headquartered in the US capital, Washington; DC, has 34 members. Each member is deemed to be an independent state located throughout Central America, South America and parts of North America (Canada and Mexico). The head of the OAS is the Secretary General; the incumbent is Uruguayan, Luis Almagro.

It is prudent to note, that when the OAS mentions America and Americans, they are not referencing the continental United States of North America, nor its inhabitants; rather, they are referring to the Americans who comprise the Americas, a/k/a, the OAS member states of Central and South America, where its inhabitants, residents and or natives, are called **Americans** or **New Worlders**. Since the 1990s, the organization has focused on election monitoring.

North, South and Central America, (the Americas) and sometimes euphemistically called **America**, are contended to be a landmass comprising the totality of North and South America. The Americas allegedly are home to nearly a billion inhabitants, two-thirds of whom reside in the US, Brazil, and Mexico. It is home to eight megacities, i.e., metropolitan areas with ten million inhabitants or more. For example, New York City purportedly has 23.9 million, the Metropolitan area of the Valley of Mexico purportedly has 21.2 million, São Paulo purportedly has 21.2 million, Los Angeles purportedly has 18.8 million, Buenos Aires purportedly has 15.6 million, Rio de Janeiro purportedly has 13.0 million, Bogotá purportedly has 10.4 million, and Lima purportedly has 10.1 million.

The Charter of the Organization of the American States, a/k/a the Charter of the OAS, is a Pan-American *treaty* that sets out the creation of the Organization of American States. It was signed at the Ninth International Conference of American States of 30 April 1948, held in Bogotá, Colombia. The treaty came into effect on 13 December 1951.

**<u>It is held that all independent nations of the Americas are members of the OAS, including the United States.</u>** That being stated, be aware, the Organization of American States (OAS) has no juridical, factual, or moral jurisdiction, nor competence, over Pennsylvanians, which the OAS is unlawfully attempting to conscript via simulated legal and summary processes, into their foreign jurisdiction, in violation of my/our constitutionally guaranteed and protected rights.

LET THIS ALSO SERVE AS DUE PROCESS NOTICE, of my intent to file a TORT claim for DEFAMATORY damages against all involved parties.

Finally, in the spirit of "See Something, Do Something" I am forwarding this legal/tax matter to the attention of the appropriate U.S. Officials, i.e., the Heads of State and or Chiefs of State for the State of Florida (Headquarters for Dunn & Bradstreet) and the State of Texas (Headquarters for D&B Hoovers), as well as, to the U.S. Military for investigation pertaining to the infiltration of our district courts by foreign member state actors.

It is undisputed that the member state of Washington/WASHINGTON itself is acting in its capacity as a commercial entity and is liable for damages. All are without lawful authority.

> "The state may nevertheless be held liable where the injurious activity was 'proprietary' rather than 'governmental', i.e., where the injury was caused by the state acting in its capacity as a commercial entity rather than that of sovereign."

Additionally, due to the potential impact for violation of my privacy and criminal trespass of my real and personal property, tradename and copyright; this due process notice is also being sent to the General Counsel for United States Postal Service (USPS) as receiver of process for the U.S. Postmaster General (USPG), who holds overall command responsibility for the day-to-day operations of the USPS, and is legally obligated to serve all Americans, regardless of geography (including within the OAS member state jurisdictions of Central and South America) at uniform price and quality.

The USPG is ultimately responsible to address the egregious violations of the postal rules and regulations, by postal employees who are facilitating the delivery of mail using paper addresses, for non-census-designated purposes, to the general public and the resultant harm being inflicted on the American people, living in the continental United States of America.

**qui facit per alium, facit per se**:
"*he who acts through another, acts personally.*"

Notice to Principal(s) is Notice to Agent(s) Notice to Agent(s) is Notice to Principal(s); applicable to all successors and or assigns. I, : Jos: Daniel©, am an American without Disability. *Explicitly reserving all rights without prejudice.*

Any alleged (*ens legis*) privileges and/or benefits are rejected and waived.

By: _____
:Jos: Daniel.©; suis juris

**Due Process of Service by Registered Mail to:**
**Ravi Subramanian, doing business as: Clerk of the Court**
**Kadya Peter, Peter Kadya, doing business as Deputy Clerk to Tana Lin doing business as [judge]**
UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON, SEATTLE 700 Stewart St Suite 2310 Seattle, WA, 98101, United States

**cc:**

**Thomas J. Marshall; General Counsel and Executive Vice President**
**U.S. Postal Service**, 475 L 'Enfant Plaza SW, RM 1P830, Washington, DC 20260-1101

**Attn: Legal Department: New York State Regional Officers, Department of the Treasury**
Internal Revenue Service, Kansas City, MO 64999-0023