Honorable Judge Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STANLEY PACE, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>JOS DANIEL, an individual,<br><br>    Defendant. | Case No. 2:20-cv-01455-TL<br><br>**CORRECTED DECLARATION OF KEITH SCULLY IN SUPPORT OF OFFER OF PROOF**<br><br>**TRIAL DATE:**<br>**July 5, 2022** |

I, Keith Scully, declare as follows:

1. I am counsel of record for Plaintiff Stanley Pace in this matter, over the age of 18, and competent to testify to the matters stated herein.

2. Attached as Exhibit A is true and correct copy of the World Intellectual Property Organization Administrative Panel Decision for Case No. D2020-1966, *Jos Daniel v. Privacy Administrator, Anonymize, Inc. / Stanley Pace.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECL. OF K. SCULLY RE CORRECTED OFFER
OF PROOF— 1
[Case No. 2:20-CV-01455-TL]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1 | Executed on September 6, 2022

                      s/ Keith Scully
                      Keith Scully

DECL. OF K. SCULLY RE CORRECTED OFFER OF PROOF— 2
[Case No. 2:20-CV-01455-TL]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800