UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANLEY PACE, an individual,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>JOS DANIEL, an individual,<br><br>　　　　　　　Defendant(s). | CASE NO. 2:20-cv-01455-TL<br><br>ORDER FOR PLAINTIFF TO FILE REQUESTED AFFIDAVIT OR DECLARATION OR TO SHOW CAUSE |

　　　　On September 6, 2022, the Court entered a minute order directing Plaintiff's counsel to file a sworn affidavit from Plaintiff Stanley Pace attesting that he would testify to all facts as stated in the offer of proof by no later than Friday, September 9, 2022. Dkt. No. 44. Plaintiff failed to comply with the order. This was one of a few post-trial housekeeping minute orders that the Court recently entered on the docket. *See also* Dkt. Nos. 43, 46. As the multiple docket entries may have caused some confusion, and for the sake of clarity, the Court therefore ORDERS the following:

ORDER FOR PLAINTIFF TO FILE REQUESTED AFFIDAVIT OR DECLARATION OR TO SHOW CAUSE - 1

1) By no later than **Tuesday, September 13, 2022**, Plaintiff's counsel shall file an affidavit or declaration, pursuant to 28 U.S.C. § 1746, from Plaintiff Stanley Pace attesting to all facts included in the offer of proof entered at Dkt. No. 42; or

2) Plaintiff's counsel shall show cause why the Court should not consider sanctions for failing to comply with the Court's Orders. Plaintiff's counsel is reminded that failing to comply with the Court's orders could result in sanctions up to and including dismissal of Plaintiff's claims.

Dated this 12th day of September 2022.

Tana Lin
United States District Judge