# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STANLEY PACE, an individual,<br><br>　　　　　　　　　　Plaintiff(s),<br>　v.<br>JOS DANIEL, an individual,<br><br>　　　　　　　　　　Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:20-cv-01455-TL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　Pursuant to the Court's Findings of Facts, Conclusions of Law, and Post-Trial Declarations and Orders (Dkt. No. 51), judgment is hereby entered in favor of Plaintiff against Defendant on all of Plaintiff's claims, and Defendant's counterclaims against Plaintiff are dismissed with prejudice.

　　Dated September 13, 2022.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Kadya Peter
　　　　　　　　　　　　　　　　　　　　Deputy Clerk