


# NOTICE OF INTENT TO JOIN A CLASS ACTION LAWSUIT

**qui facit per alium, facit per se:**
*"he who acts through another, acts personally."*

NOTICE: vicarious liability, a form of a strict, secondary liability that arises under the common law doctrine of agency, imposes liability on one person for a tortious act committed by another for which all libellees are at risk.

I have exhausted all available administrative processes and due to the ***sui generis*** nature of State(s) of New York, State(s) of California and State(s) of Illinois's unified trial court systems, I am unable to receive remedy.

The intent of this due process notice is to inform all Principals that I have authorized that my name be added to the Class Action lawsuit(s) that will be filed against them, both in their capacities as officers and independent agencies of the Government of the United States, as well as private American citizens, for their unlawful authorization for seizure without consideration and or due process by violent non-state actors (VNSAs), and the interstate / international transportation of stolen personal property via the use of paper (fictitious) addresses, across state lines by the United States Postal Service (USPS).

This due process notice is to inform you, that you will be added personally to said lawsuit due to elements of defalcation and nul tiel corporation.

The referenced corporations of this subject matter are not corporations either *de jure* or *de facto*. They are bankrupt obligations of the Government of the United States and consequently not entitled to sue or be sued. An action cannot be brought against an entity that is under bankruptcy protection, i.e., that is "civilly dead"; nor can anyone compel payment of a debt from such entity. Such an action would constitute bankruptcy fraud, tax and in some cases probate fraud.

## The Doctrine of Incorporation

In the United States, the process of "incorporating" the Bill of Rights, is what is known as incorporation. Prior to the ratification of the Fourteenth Amendment and the development of the incorporation doctrine, the Supreme Court in 1833 held in *Barron v. Baltimore* that the Bill of Rights applied only to the federal, but not any state, governments.

New York and California do not use the Federal Law Model (FRCP). Both follow the " Model Law on Cross Border Insolvency". They Unified / United / co-mingled their trial court systems into one "united state". Pursuant to 11 U.S. Code § 1502(1) **"debtor"** is defined as an entity that is the subject of a foreign proceeding.

According to the 1966 Act, the FRCP is subsumed by Special Admiralty in the event of a conflict between the two, whereupon it is administered via the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and enforced pursuant to international treaty agreement, as annotated in, 11 U.S. Code Chapter 15 - ANCILLARY AND OTHER CROSS-BORDER CASES.

## Out-of-State Doctrine

The act-of-state doctrine is a common-law principle that prevents U.S. courts from questioning the validity of a foreign country's sovereign acts that take place within its own territory. The "Act of State Doctrine" says that courts should not decide cases that would interfere with their country's foreign policy.
The out-of-state doctrine says that a nation is sovereign within its own borders, and its domestic actions may not be questioned in the courts of another nation. Each sovereign state has complete control over the laws within its own borders and that its acts cannot be questioned in the courts of another state. In the United States this is maintained via the use of Home Rule and or Dillon's Rule.

NOTICE OF INTENT TO JOIN A CLASS ACTION LAWSUIT

### Practice Rules of the Appellate Division

Janet DiFiore, the Chief Administrative Law Judge for New York State, authorized private prosecutions via her over-riding endorsement of the June 2018 uniform statewide **Practice Rules of the Appellate Division** that was promulgated by the Presiding Justices of the Appellate Divisions; which became effective in September 2018 and are codified outside of the CPLR in 22 N.Y.C.R.R. Part 1250.

Most specifically the clause which enables the four Departments the authority to retain the ability to **supplement** and (*in "special cases*) even **supersede** the uniform rules by promulgating rules of their own, which appears to be the enabling act that is the root cause of the continued legal harassment and legal abuse by US/UN legal service providers.

"Non-legislative rules" such as guidance, guidelines, agency staff manuals, staff instructions, opinion letters, and press releases are called "statements of policy" or "guidance." The two terms are not synonymous, only closely correlated: statements of policy are almost always issued in documents classified as guidance, and guidance documents to the public often include statements of policy.

Guidance and statements of policy are not legally binding on the public because they have not gone through the required procedures to become "legislative" rules binding on the public, depending of course on the rule, hearing, notice, comment and or publication. However, when stated in mandatory language, they can bind the agency itself. They have only **hortatory effect** on the public, and those affected can challenge the agency's right to enforce the policy statement or guidance against the public.

### Municipalization

In the United States, municipalization often refers to incorporation of an entire county into its municipalities, leaving no unincorporated areas. This generally ends *de facto* the county's own home rule, which in most states allows it to act as the municipal service provider in those unincorporated areas. The county is left offering only those services mandated (authorized) of it by the state constitution, which are generally only extensions of state government like courts and sheriff departments. As with utilities, the county's assets usually end up being distributed among the cities, e.g., the Sacramento Municipal Utilities District (SMUD), of Sacramento, California, or Fulton County, Georgia, which includes the city of Atlanta, that is currently undergoing full municipalization.

### Coterminous or Conterminous

Coterminous or conterminous means sharing a common boundary, bordering or contiguous. For example, the northern border of the United States is conterminous with the southern border of Canada. It also means enclosed within a common boundary. **For example, the coterminous U.S. states is coterminous with the union of states.** When the boundaries of a township are coterminous with the boundaries of a city or village, the township ceases to exist as a separate government.

**Notice to Agents is notice to Principals. Notice to Principals is notice to Agents.**
*Applicable to all successors and or assigns.*

**Libellees for the District of Columbia:**

**Louis DeJoy;** Postmaster General, United States Postal Service
c/o 475 L'Enfant Plaza SW, Washington D.C. 20260-0010; United States
**Certified Mail Restricted Delivery 7021 2720 0001 8602 9911**

**Thomas J. Marshall, General Counsel & Executive Vice President**
c/o 475 L'Enfant Plaza SW, Washington D.C. 20260-0010; United States
**Certified Mail Restricted Delivery 7021 2720 0001 8603 1907**

NOTICE OF INTENT TO JOIN A CLASS ACTION LAWSUIT

**The Honorable Matthew Durrant**
*Doing Business as: Chief Administrative law Judge State of Utah*
c/o Utah Supreme Court, Scott Matheson Courthouse
450 South State Street 5th Floor
Salt Lake City, UT 84111; United States
**Certified Mail Restricted Delivery 7021 2720 0001 8603 1969**

**Janet M. DiFiore**, Chief Administrative Law Judge New York (successor or assigns)
One Columbus Circle
NW Washington DC 20544; United States
**Certified Mail Restricted Delivery 7021 2720 0001 8603 1976**

**Daniel H. Weiss**
*Doing Business As: Principal Deputy Chief Immigration Judge*
c/o U.S. Department of Justice
950 Pennsylvania Avenue, NW Washington, DC 20530-0001
**Certified Mail Restricted Delivery 7021 2720 0001 8603 1983**

**Daniel J. Daugherty**
*Doing Business As:* Regional Deputy Chief Immigration Judge
*c/o U.S. Department of Justice*
950 Pennsylvania Avenue, NW Washington, DC 20530-0001
**Certified Mail Restricted Delivery 7021 2720 0001 8603 1990**

**Jean King**; Doing Business As: Chief Administrative Law Judge Washington DC
c/o U.S. Department of Justice; 950 Pennsylvania Avenue, NW Washington, DC 20530-0001
**Certified Mail Restricted Delivery 7021 2720 0001 8603 2003**

**James McHenry**; Doing Business As: Chief Administrative Hearing Officer (OCAHO)
c/o The Office of the Chief Administrative Hearing Officer (OCAHO)
U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001
**Certified Mail Restricted Delivery 7021 2720 0001 8603 2010**

**Tana Lin**; Doing Business As: United States District Court Judge
UNITED STATES COURTHOUSE
700 Stewart Street, Suite 13229, Seattle, WA 98101-9906
**Certified Mail Restricted Delivery 7021 2720 0001 8603 2027**

9th CIRCUIT COURT – FEDERAL DISTRICT COURT – WASHINGTON WESTERN
700 Stewart St Seattle, WA, 98101-4439 United States

*All of the Judgments, Orders, Writs, etc. by Tana Lin are from the following court:
UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON (at Seattle)

**<u>Libellees – Elected Officers and Directors for Receivables Management Association International (RMAI)</u>**
　　Adam Parks, Plaza Services LLC, President
　　Anne Thomas, Cavalry Portfolio Services, LLC, President Elect
　　Jon Mazzoli, Resurgent Capital Services, Treasurer
　　Brett Soldevila, Security Credit Services, LLC, Secretary
　　James Mastriani, Velocity Portfolio Group, Past President
　　Mike Colby, Second Round, LP, Director
　　Laura Jensen, Absolute Resolutions, Corp./RAzOR Capital LLC, Director
　　Kelly Knepper-Stephens, TrueAccord, Director representing collection agencies and law firms

NOTICE OF INTENT TO JOIN A CLASS ACTION LAWSUIT

Amber Russo, Kino Financial Co., LLC, Director
Brian Williams, Crown Asset Management, LLC, Director

**Lex semper dabit remedium**: *"The law always gives a remedy"*

INTO THE LIGHT WE COMMAND THEE!



**United States Department of State**

*Washington, D.C.   20520*

## NOTICE

By virtue of the Supremacy Clause of the U.S. Constitution, art. VI, cl. 2, and sovereign immunity, a state or local court does not have authority to subpoena a federal agency and/or its employee(s) for official information in a proceeding to which the United States is not a party. Rather, the proper method for a party in a state court action to seek official information from a non-party federal agency and/or one of its employees is to request the information under the agency's "Touhy" regulations. See *United States ex rel. Touhy v. Ragen*, 340 U.S. 46 (1951). You may find the regulations of the U.S. Department of State at 22 C.F.R. Part 172.

We refer you to the procedures set forth in regulations at 22 C.F.R. Part 172. Please review them carefully.

FILED ___ LODGED ___ RECEIVED ___   **MAIL**

OCT 11 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

